## Robert Graham, Appellee, v. Charles E. Hagmann, Appellant.

### Gen. No. 19,967.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DEAN FRANKLIN, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed November 30, 1914.

### Statement of the Case.

Action by Robert Graham against Charles E. Hagmann to recover for personal injuries sustained by plaintiff in a collision with a wagon in which he was riding and defendant's automobile at a street intersection. To reverse a judgment for plaintiff, defendant appeals.

WILLIAM J. AMMEN, FELIX J. STREYCKMANS and ALBERT B. JOYNER, for appellant.

EDWARD MAHER and JAMES L. BYNUM, for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 2*—*when evidence sufficient to show negligence in driving automobile.* In an action for personal injuries sustained by plaintiff in a collision between a wagon in which he was riding and defendant's automobile, where plaintiff's evidence tended to show that the automobile ran into the wagon and defendant's evidence tended to show that the wagon ran into the automobile, *held* that a verdict for plaintiff was sustained by the evidence.

2. NEGLIGENCE, § 112*—*when negligence of driver of wagon not imputable to occupant.* Where a person was riding on the rear end of a wagon and was injured in a collision between the wagon and an automobile, the wagon being driven by the employee of a person who owned the horse and wagon, *held* that the negligence of the driver could not be imputed to the person injured, it appearing that the latter was being taken to his home and that he had no control over the horse.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.